**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

July 12, 2012

No. **12-1697**

IN RE: GRAND JURY

JOHN DOE1; JOHN DOE 2; ABC CORPORATION,

Appellants

(E.D. Pa. No. 09-gj-00006)

Present:     AMBRO, HARDIMAN, and VANASKIE, <u>Circuit Judges</u>

1.     Motion by Appellants' to Consolidate C.A. Nos.: 12-1697 & 12-2878;

2.     Response by Appellee to Appellants' Motion to Consolidate Appeal;

3.     Amended Motion by Appellants to Consolidate C.A. Nos.:12-1697 & 12-2878;

4.     Reply by Appellant In Support of Motion to Consolidate.

Respectfully,
Clerk/tmk

_____ **O R D E R** _____

The foregoing Motion by Appellants' to Consolidate C.A. Nos.: 12-1697 & 12-2878 is hereby granted. In doing so, we also grant Appellants' Petition for Panel Rehearing in C.A. No. 12-1697. The parties are directed to file briefs addressing the issues raised in the consolidated cases including this Court's jurisdiction in No. 12-2878 according to the following schedule:

Appellants' brief shall be filed by 4 P.M. Wednesday, August 15, 2012.

Appellee's brief shall be filed by 4 P.M. Wednesday, September 5, 2012.

Appellants' reply brief shall be filed by 4.P.M. Monday, September 17, 2012.

Oral argument will be set at the convenience of the Court.

By the Court,

<u>/s/ Thomas L. Ambro</u>
Circuit Judge

Dated:   July 19, 2012

tmk/cc:  Frank P. Cihlar, Esq.
         Gregory V. Davis, Esq.
         S. Robert Lyons, Esq.
         Alexander P. Robbins, Esq.
         Stephen R. LaCheen, Esq.
         Ian M. Comisky, Esq.
         Matthew D. Lee, Esq.